**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6346**

ANDREW CHIEN,

        Plaintiff - Appellant,

    v.

LECLAIR RYAN; WILLIAM K. GROGAN & ASSOCIATES; WILLIAM K. GROGAN,

        Defendants - Appellees,

    and

CHESTERFIELD COUNTY,

        Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:13-cv-00993-LO-IDD)

Submitted: June 14, 2018                 Decided: June 19, 2018

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Chien, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrew Chien appeals the district court's orders denying his motion for relief from judgment under Fed. R. Civ. P. 60(b)(4), and his motion to disqualify the district court judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chien v. Chesterfield Cty.*, No. 1:13-cv-00993-LO-IDD (E.D. Va. filed Mar. 6, 2018 & entered Mar. 7, 2018; filed Mar. 15, 2018 & entered on Mar. 16, 2018). We also deny Chien's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*